## League's Estate

Before Stearne, acting P. J., Sinkler, Klein, Bolger, and Ladner, JJ.

*Elias Magil*, for exceptants.
*Edwin Booth*, contra.

PER CURIAM, April 24, 1942.—We are all of the opinion that these exceptions are without merit. We agree with the auditing judge that the words "like personal effects" must be limited in their application to articles similar to those previously enumerated in the will and do not include the automobile owned by decedent.

The exceptions are therefore dismissed and the adjudication confirmed absolutely.